THE PEOPLE *v.* DANIEL.

APPEAL from the District Court of San Juan.

No. 317.—Decided March 27, 1911.

APPEAL—CONTRADICTORY EVIDENCE.—The finding of the lower court in cases of contradictory evidence must be accepted by the appellate court, unless it be shown that said court was actuated by passion, prejudice, or partiality, or that it committed manifest error.

SENTENCE IN CRIMINAL CAUSES.—In criminal causes the execution of the sentence
   must not be left to the will of the defendant, but if he is sentenced to pay a
   fine, imprisonment must be imposed as an alternative penalty in default of
   payment at the rate of one day for every dollar unpaid.

The facts are stated in the opinion.

Mr. *Manuel F. Rossy* for appellant.

Mr. *Jesús M. Rossy, fiscal,* for respondent.

MR. JUSTICE DEL TORO delivered the opinion of the court.

A complaint was filed against the appellant, Obdulio
Daniel, by Luis Sanquírico, district chief of the Insular po-
lice, charging him with the commission of the following act,
constituting the crime of aggravated assault and battery:

"That on September 26, 1910, between 8 and 10 p. m., on Comercio
Street, in Bayamón, within the municipal judicial district of Baya-
món, which forms part of the judicial district of San Juan, this de-
fendant, while he was being interrogated during an investigation
that was being held, unlawfully and wilfully, with intent to cause me
injury, assaulted and struck me a blow with his fist."

A hearing was had and evidence introduced consisting of
the testimony of the complainant and that of Detective Vallés
for the prosecution, and the testimony of the witnesses,
Pérez and Rodríguez, and that of the accused for the defense.

From an examination of all the evidence it appears that
there is no controversy as to the fact that the police officer,
Sanquírico, and the detective, Vallés, went to the defendant's
bakery for the purpose of taking the testimony of the boy,
Rosales, who was presumed to have committed the crime of
larceny, in regard to the fact that he had given to the defend-
ant, Daniel, $75 of the stolen money; but there is a dispute
as to the acts performed by Daniel, because while the tes-
timony of the witnesses for the prosecution tends to show
that Daniel became angry with Sanquírico when the latter
stated the facts, and made a motion as if to assault and did
assault him by striking him on one of his hands, the testi-
mony of the witnesses for the defense tends to show that

although Daniel became very angry he was not angry with the policeman, but with the boy, Rosales.

The contradiction in the evidence was decided by the trial court—which heard the witnesses testify and had occasion to see and judge them personally—adversely to the defendant, and such decision must not be altered, since it has not been shown that the court in thus deciding had committed manifest error or had been actuated by passion, prejudice, or partiality.

The judgment rendered by the district court condemned Daniel to pay a fine of $50 and costs, or to serve one month in jail. Such an alternative sentence, leaving it optional with the accused to elect the punishment, must be modified to conform with the frequent decisions of this court fixing the fine as the principal punishment and the imprisonment as subsidiary thereto—that is to say, one day in jail for each dollar of the fine which the defendant may fail to pay—the total imprisonment not to exceed 30 days.

So modified, the judgment appealed from should be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices MacLeary, Wolf and Aldrey concurred.